**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Louisiana
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: INCA Refining, LLC

3. Other names you know the debtor has used in the last 8 years
   Include any assumed names, trade names, or doing business as names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   32-0300983
   EIN

5. Debtor's address

   **Principal place of business**
   c/o Philip Franco, Registered Agent
   701 Poydras Street
   Number  Street
   Suite 4500
   New Orleans   LA   70139
   City         State  ZIP Code

   Orleans
   County

   **Mailing address, if different**
   5868 Westheimer # 403
   Number  Street
   _____ P.O. Box
   Houston   TX   77057-5644
   City      State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   9673 La. Highway 18
   Number  Street
   Lower Elina Plantation
   St. James   LA   70086
   City        State  ZIP Code

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

Debtor  INCA Refining, LLC    Case number (if known) _____
        Name

### 6. Debtor's website (URL) _____

### 7. Type of debtor
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                           MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                           MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor   INCA Refining, LLC
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| White Oak Strategic Master Fund, L.P. | loans/notes | $87,596,253.71 |
| White Oak Opportunity SRV, L.P. | loans/notes | $4,739,944.31 |
| White Oak Strategic II SRV, L.P. | loans/notes | $2,971,134.87 |
| | Total of petitioners' claims | $95,307,332.95 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

White Oak Strategic Master Fund, L.P.
Name

337 Garden Oaks Blvd., #57962
Number  Street

Houston          TX     77018-5501
City             State  ZIP Code

Name and mailing address of petitioner's representative, if any
By: Crestline-Kirchner, L.P., Investment Manager
By: CrestlineInvestors, Inc., General Partner
Name

201 Main Street, Suite 1900
Number  Street

Fort Worth       TX     76102
City             State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2017
           MM/DD/YYYY
By: John S. Cochran, Vice-President

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Lawrence R. Anderson, Jr.
Printed name

Seale, Smith, Zuber & Barnette, L.L.P.
Firm name, if any

8550 United Plaza Blvd., Suite 200
Number  Street

Baton Rouge      LA     70809
City             State  ZIP Code

Contact phone (225)924-1600  Email landerson@sszblaw.com

Bar number  02470

State       Louisiana

X _____
Signature of attorney

Date signed 05/09/2017
            MM/DD/YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor: INCA Refining, LLC

Case number (if known): _____

### Name and mailing address of petitioner

**Name:** White Oak Opportunity SRV, L.P.
**Number Street:** 337 Garden Oaks Blvd., #57962
**City:** Houston  **State:** TX  **ZIP Code:** 77018-5501

**Name and mailing address of petitioner's representative, if any**
By: Crestline-Kirchner, L.P., Investment Manager
By: CrestlineInvestors, Inc., General Partner
**Number Street:** 201 Main Street, Suite 1900
**City:** Fort Worth  **State:** TX  **ZIP Code:** 76102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2017
By: John S. Cochran, Vice-President

X _[signature]_
Signature of petitioner or representative, including representative's title

**Printed name:** Lawrence R. Anderson, Jr.
**Firm name:** Seale, Smith, Zuber & Barnette, L.L.P.
**Number Street:** 8550 United Plaza Blvd., Suite 200
**City:** Baton Rouge  **State:** LA  **ZIP Code:** 70809
**Contact phone:** (225) 924-1600  **Email:** lranderson@sszblaw.com
**Bar number:** 02470
**State:** Louisiana

X _[signature]_
Signature of attorney

Date signed 05/09/2017

---

### Name and mailing address of petitioner

**Name:** White Oak StrategicII SRV, L.P.
**Number Street:** 337 Garden Oaks Blvd., #57962
**City:** Houston  **State:** TX  **ZIP Code:** 77018-5501

**Name and mailing address of petitioner's representative, if any**
By: Crestline-Kirchner, L.P., Investment Manager
By: CrestlineInvestors, Inc., General Partner
**Number Street:** 201 Main Street, Suite 1900
**City:** Fort Worth  **State:** TX  **ZIP Code:** 76102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2017
By: John S. Cochran, Vice-President

X _[signature]_
Signature of petitioner or representative, including representative's title

**Printed name:** Lawrence R. Anderson, Jr.
**Firm name:** Seale, Smith, Zuber & Barnette, L.L.P.
**Number Street:** 8550 United Plaza Blvd., Suite 200
**City:** Baton Rouge  **State:** LA  **ZIP Code:** 70809
**Contact phone:** (225) 924-1600  **Email:** lranderson@sszblaw.com
**Bar number:** 02470
**State:** Louisiana

X _[signature]_
Signature of attorney

Date signed 05/09/2017